**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@toddflaw.com
23586 Calabasas Rd., Suite 105
Calabasas, CA 91302
Telephone: (323)306-4234
**[Other Counsel on Signature Page]**

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LACCINOLE,<br><br>    Plaintiff,<br><br>v.<br><br>SCDS, INC. d/b/a AMERICAN STAR MORTGAGE,<br><br>    Defendant. | CASE: 8:25-cv-01353-JWH-DFM<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff, Christopher Laccinole ("Plaintiff"), by counsel, hereby notifies the Court that the parties have reached a settlement of this case and are in the process of completing the related documentation. Plaintiff requests that the parties be given 60 days to complete the settlement paperwork and file a dismissal with all other matters

- 1 -
NOTICE OF SETTLEMENT

stayed until such time including the hearing set for September 19, 2025.

Dated: September 15, 2025.

Respectfully submitted,

By: **/s/ Todd M. Friedman**
Todd M. Friedman
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

John A. Love*
**Love Consumer Law**
2500 Northwinds Parkway
Suite 330
Alpharetta, GA  30009
404.855.3600
tlove@loveconsumerlaw.com

*Admitted *Pro Hac Vice*

*Attorneys for Plaintiff*

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On September 15, 2025, I electronically filed with the Court through its CM/ECF program and served a true copy via U.S. regular mail the following documents: NOTICE OF SETTLEMENT on interested parties in said case as follows:

[x] U.S. REGULAR MAIL: My office caused such document(s) to be delivered via U.S. regular mail to Defendant's registered agent to wit: Gabriel Castellanos, 100 N. Barranca Ave., 7th Floor, West Covina, CA 91791

Place of Filing: 23586 Calabasas Rd., Suite 105, Calabasas, CA 91302.

Executed on September 15, 2025, at Calabasas, CA

[x] I hereby certify under the penalty of perjury that the foregoing is true and Correct

By: **/s/ Todd M. Friedman**
Todd M. Friedman